# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0086

_____

WILLIE D. MADERSON,

 Petitioner,

v.

STATE OF FLORIDA,

 Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


June 26, 2026


PER CURIAM.

 The Court denies the petition alleging ineffective assistance
of appellate counsel on the merits.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

 ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Willie D. Maderson, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.